IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 3:18CR00100(1) |
| ) | |
| ) | |
| ADAM JACKSON | |

## ORDER CANCELING SUMMONS AND DISMISSING PETITION

Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered the summons ordered on February 5, 2019, be cancelled and Petition filed on February 5, 2019, be dismissed.

Dated this 12th day of March, 2019

_____
United States Magistrate Judge Sharon L. Ovington